# EXHIBIT 6



**The Law Office of Hakimi & Shahriari**

Anoush Hakimi, Esq.
Peter Shahriari, Esq.
Valerie Bradbury, Esq.
Lauren Davis, Esq.
Sabrina Jangda, Esq.

1800 Vine Street
Los Angeles, CA 90028
www.handslawgroup.com

TELEPHONE
(888) 635-2250

FACSIMILE
(213) 402-2170

*Billing Statement as of Monday, June 13, 2022*

| | |
|---|---|
| Today's Date: | June 13, 2022 |
| Range: | 12/23/2020 – 6/13/2022 |
| Case: | Amber Machowski v. Mr. Kirby LLC et al. |
| Case No: | 8:21-cv-00201-CJC-DFM |

***Summary***:

| | |
|---|---|
| Billable Hours: | 26.6 |
| Billable Fees: | $13,167.00 |
| Litigation expenses: | $942.00 |
| **Total:** | **$14,109.00** |

*Expense breakdown:*

| | |
|---|---|
| Filing Fee: | $402 |
| Service: | $60 |
| Investigator: | $480 |

*Hourly Billing Breakdown Follows*

| Date | Timekeeper Name | Professional Level | Description | Time | Billable Rate | Total |
|---|---|---|---|---|---|---|
| 12/23/2020 | Peter Shahriari | Partner | Speak with client regarding allegations | 0.3 | $495.00 | $148.50 |
| 12/23/2020 | Peter Shahriari | Partner | Review all data points regarding Plaintiff's complaint against Defendant | 0.4 | $495.00 | $198.00 |
| 12/23/2020 | Peter Shahriari | Partner | Advise investigator regarding scope pre-filing land inspection | 0.3 | $495.00 | $148.50 |
| 12/28/2020 | Peter Shahriari | Partner | Review work product of investigator with regard to pre-filing land inspection | 0.9 | $495.00 | $445.50 |
| 12/28/2020 | Peter Shahriari | Partner | Review and identify particular code violations | 0.6 | $495.00 | $297.00 |
| 1/4/2021 | Anoush Hakimi | Partner | Review property records regarding ownership and responsible party/parties | 0.4 | $495.00 | $198.00 |
| 1/26/2021 | Peter Shahriari | Partner | Draft complaint | 1.2 | $495.00 | $594.00 |
| 1/27/2021 | Anoush Hakimi | Partner | Review draft complaint and make edits | 0.5 | $495.00 | $247.50 |
| 1/28/2021 | Peter Shahriari | Partner | Finalize Complaint and supporting documents | 0.4 | $495.00 | $198.00 |
| 2/1/2021 | Peter Shahriari | Partner | Review Order to Show Cause regarding supplemental jurisdiction | 0.1 | $495.00 | $49.50 |
| 2/11/2021 | Peter Shahriari | Partner | Prepare declaration of self in support of supplemental jurisdiction | 0.2 | $495.00 | $99.00 |
| 2/11/2021 | Peter Shahriari | Partner | Prepare draft response regarding supplemental jurisdiction | 0.3 | $495.00 | $148.50 |
| 3/3/2021 | Anoush Hakimi | Partner | Review Defendant's Application for Stay and Early Mediation | 0.2 | $495.00 | $99.00 |
| 3/9/2021 | Anoush Hakimi | Partner | Review Defendant's Corrected Application for Stay and Early Mediation | 0.1 | $495.00 | $49.50 |
| 3/12/2021 | Anoush Hakimi | Partner | Review Court's Order granting Defendant's Application for Stay and Early Mediation | 0.1 | $495.00 | $49.50 |
| 3/15/2021 | Anoush Hakimi | Partner | Attempted to contact Defendant regarding mediation deadline of June 14, 2021 to no avail | 0.1 | $495.00 | $49.50 |

| Date | Name | Title | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 5/14/2021 | Anoush Hakimi | Partner | Attempted to contact Defendant regarding mediation deadline of June 14, 2021 to no avail | 0.1 | $ 495.00 | $ 49.50 |
| 6/4/2021 | Anoush Hakimi | Partner | Attempted to contact Defendant regarding mediation deadline of June 14, 2021 to no avail | 0.1 | $ 495.00 | $ 49.50 |
| 6/11/2021 | Anoush Hakimi | Partner | Attempted to contact Defendant regarding mediation deadline and warning regarding default to no avail | 0.1 | $ 495.00 | $ 49.50 |
| 6/11/2021 | Anoush Hakimi | Partner | Draft Plaintiff's Statement regarding lack of response by Defendant Mr. Kirby | 0.3 | $ 495.00 | $ 148.50 |
| 6/14/2021 | Anoush Hakimi | Partner | Attempted to contact Defendant regarding mediation deadline and warning regarding default to no avail | 0.1 | $ 495.00 | $ 49.50 |
| 6/14/2021 | Anoush Hakimi | Partner | Prepare request for Clerk default against Mr. Kirby | 0.3 | $ 495.00 | $ 148.50 |
| 6/16/2021 | Anoush Hakimi | Partner | Review Order lifting stay | 0.1 | $ 495.00 | $ 49.50 |
| 6/16/2021 | Anoush Hakimi | Partner | Review Clerk entry of default judgment against Defendant Mr. Kirby | 0.1 | $ 495.00 | $ 49.50 |
| 6/16/2021 | Anoush Hakimi | Partner | Review and authorize Stipulation to set aside default | 0.1 | $ 495.00 | $ 49.50 |
| 6/21/2021 | Anoush Hakimi | Partner | Review Court Order granting Stipulation to set aside default | 0.1 | $ 495.00 | $ 49.50 |
| 6/21/2021 | Anoush Hakimi | Partner | Review Answer filed by Defendant Mr. Kirby | 0.3 | $ 495.00 | $ 148.50 |
| 6/25/2021 | Anoush Hakimi | Partner | Review Initial Order Upon Filing of Complaint | 0.1 | $ 495.00 | $ 49.50 |
| 7/26/2021 | Anoush Hakimi | Partner | Draft Set One of Discovery to Propound on Defendant | 0.8 | $ 495.00 | $ 396.00 |
| 8/30/2021 | Anoush Hakimi | Partner | Conduct early meeting of counsel | 0.2 | $ 495.00 | $ 99.00 |
| 8/30/2021 | Anoush Hakimi | Partner | Draft and finalize Joint Report, Rule 26(f) Discovery Plan | 0.4 | $ 495.00 | $ 198.00 |

| Date | Name | Title | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/3/2021 | Anoush Hakimi | Partner | Review Defendant's Responses to Plaintiff's Requests for Production of Documents (Set One) and identify deficiencies | 0.5 | $ 495.00 | $ 247.50 |
| 9/3/2021 | Anoush Hakimi | Partner | Review Defendant's Responses to Plaintiff's Requests for Admission (Set One) and identify deficiencies | 0.4 | $ 495.00 | $ 198.00 |
| 9/3/2021 | Anoush Hakimi | Partner | Review Defendant's Responses to Plaintiff's Interrogatories (Set One) and identify deficiencies | 0.3 | $ 495.00 | $ 148.50 |
| 10/20/2021 | Anoush Hakimi | Partner | Review Motion to Withdraw as Attorney Filed by Defendant | 0.1 | $ 495.00 | $ 49.50 |
| 11/5/2021 | Anoush Hakimi | Partner | Review Order on Motion to Withdraw as Attorney Filed by Defendant | 0.1 | $ 495.00 | $ 49.50 |
| 11/17/2021 | Anoush Hakimi | Partner | Review Notice of Entry of Decision or Ruling by a Judge of this Court | 0.1 | $ 495.00 | $ 49.50 |
| 11/18/2021 | Anoush Hakimi | Partner | Draft and transmit detailed letter requesting to meet and confer per Local Rule 37-1 regarding Defendant's failure to adequately respond to Plaintiff's discovery requests | 1.5 | $ 495.00 | $ 742.50 |
| 1/7/2022 | Anoush Hakimi | Partner | Draft Memorandum of Points and Authorities regarding Motion to Compel | 2.3 | $ 495.00 | $ 1,138.50 |
| 1/7/2022 | Anoush Hakimi | Partner | Draft declaration of self in support of Motion to Compel | 0.4 | $ 495.00 | $ 198.00 |
| 1/7/2022 | Anoush Hakimi | Partner | Draft Proposed Order regarding Motion to Compel | 0.1 | $ 495.00 | $ 49.50 |
| 1/7/2022 | Anoush Hakimi | Partner | Compile and finalize exhibits in support of Motion to Compel | 0.3 | $ 495.00 | $ 148.50 |
| 2/2/2022 | Anoush Hakimi | Partner | Review Court's Order striking Defendant's Answer and ordering Plaintiff to promptly seek default and serve the Order on Defendant Mr. Kirby | 0.1 | $ 495.00 | $ 49.50 |

| Date | Name | Title | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 2/2/2022 | Anoush Hakimi | Partner | Prepare and have served Default Judgment Warning letter to Defendant Mr. Kirby | 0.1 | $495.00 | $49.50 |
| 2/4/2022 | Anoush Hakimi | Partner | Prepare request for Clerk default against Defendant | 0.2 | $495.00 | $99.00 |
| 2/4/2022 | Anoush Hakimi | Partner | Prepare declaration of self in support of request for default against Defendant Mr. Kirby | 0.2 | $495.00 | $99.00 |
| 2/8/2022 | Anoush Hakimi | Partner | Review entry of Clerk default against Defendant | 0.1 | $495.00 | $49.50 |
| 2/8/2022 | Laura Steven | Attorney - 8+ Years | Confer with investigator regarding scope of additional investigation of Property and Business | 0.1 | $495.00 | $49.50 |
| 2/15/2022 | Laura Steven | Attorney - 8+ Years | Review work product of investigator with regard to investigation of Property and Business | 0.4 | $495.00 | $198.00 |
| 2/16/2022 | Laura Steven | Attorney - 8+ Years | Draft memorandum ISO default judgment application | 1.6 | $495.00 | $792.00 |
| 2/16/2022 | Laura Steven | Attorney - 8+ Years | Draft application for default judgment | 0.8 | $495.00 | $396.00 |
| 2/16/2022 | Laura Steven | Attorney - 8+ Years | Compile and finalize exhibits in support of default judgment application | 0.5 | $495.00 | $247.50 |
| 2/18/2022 | Anoush Hakimi | Partner | Review and make revisions to memorandum ISO of default judgment application | 0.5 | $495.00 | $247.50 |
| 2/18/2022 | Anoush Hakimi | Partner | Review and finalize draft declaration of Plaintiff in support of default judgment application | 0.3 | $495.00 | $148.50 |
| 2/18/2022 | Anoush Hakimi | Partner | Review and finalize application for default judgment | 0.3 | $495.00 | $148.50 |
| 2/18/2022 | Anoush Hakimi | Partner | Review and finalize proposed judgment/order regarding default | 0.1 | $495.00 | $49.50 |
| 2/18/2022 | Anoush Hakimi | Partner | Review and finalize declaration of self in support of default judgment application | 0.2 | $495.00 | $99.00 |

| Date | Name | Title | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 2/18/2022 | Anoush Hakimi | Partner | Review and finalize draft declaration of Marc Friedlander in support of default judgment application | 0.3 | $495.00 | $148.50 |
| 2/18/2018 | Anoush Hakimi | Partner | Confirm service of Motion for Application for Default Judgment on Defendant Mr. Kirby | 0.1 | $495.00 | $49.50 |
| 3/16/2022 | Anoush Hakimi | Partner | Review order denying default judgment application | 0.2 | $495.00 | $99.00 |
| 4/17/2022 | Laura Steven | Attorney - 8+ Years | Update Memorandum in Support of Application for Default Judgment regarding readily achievable removal of barriers for Second Application for Default Judgment | 0.8 | $495.00 | $396.00 |
| 4/17/2022 | Laura Steven | Attorney - 8+ Years | Update Application for Default Judgment for Second Application for Default Judgment | 0.4 | $495.00 | $198.00 |
| 4/17/2022 | Laura Steven | Attorney - 8+ Years | Revise declaration of Anoush Hakimi to include information regarding readily achievable removal of barriers for Second Application for Default Judgment | 0.3 | $495.00 | $148.50 |
| 4/18/2022 | Anoush Hakimi | Partner | Reviewed and signed updated Declaration of self in support of second application for default judgment | 0.2 | $495.00 | $99.00 |
| 4/18/2022 | Anoush Hakimi | Partner | Perform final review of second Application for Default Judgment and supporting documents | 0.2 | $495.00 | $99.00 |
| 4/19/2022 | Anoush Hakimi | Partner | Confirm service of second Motion for Application for Default Judgment on Defendant Mr. Kirby | 0.1 | $495.00 | $49.50 |
| 5/13/2022 | Anoush Hakimi | Partner | Review Court Order denying Plaintiff's Second Motion for Default Judgment | 0.1 | $495.00 | $49.50 |
| 6/6/2022 | Lauren Davis | Attorney - 8+ Years | Review Court Order denying Plaintiff's Second Motion for Default Judgment | 0.1 | $495.00 | $49.50 |

| Date | Name | Role | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 6/6/2022 | Lauren Davis | Attorney - 8+ Years | Update Memorandum in Support of Third Application for Default Judgment to account for attorneys' fees and costs as well as regarding service of the Second Motion for Default Judgment | 1.2 | $ 495.00 | $ 594.00 |
| 6/6/2022 | Lauren Davis | Attorney - 8+ Years | Update Application for Default Judgment for Third Application for Default Judgment | 0.4 | $ 495.00 | $ 198.00 |
| 6/8/2022 | Anoush Hakimi | Partner | Confirm re-service of second Motion for Application for Default Judgment on Defendant Mr. Kirby | 0.1 | $ 495.00 | $ 49.50 |
| 6/10/2022 | Lauren Davis | Attorney - 8+ Years | Revise declaration of Anoush Hakimi to include attorneys' fees and costs and to explain service of all key documents on Defendant for Third Application for Default Judgment | 0.4 | $ 495.00 | $ 198.00 |
| 6/13/2022 | Anoush Hakimi | Partner | Review and sign updated Declaration of self in support of Third Application for Default Judgment | 0.1 | $ 495.00 | $ 49.50 |
| 6/13/2022 | Anoush Hakimi | Partner | Perform final review of Third Application for Default Judgment and supporting documents | 0.3 | $ 495.00 | $ 148.50 |
| 6/13/2022 | Anoush Hakimi | Partner | Confirm service of Third Motion for Application for Default Judgment for on Defendant Mr. Kirby | 0.1 | $ 495.00 | $ 49.50 |
| 6/13/2022 | Lauren Davis | Attorney - 8+ Years | Compile and finalize exhibits in support of Application for Default Judgment for Third Application for Default Judgment | 0.3 | $ 495.00 | $ 148.50 |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | **26.6** | | **$ 13,167.00** |